IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Clyde Oliver West - #051796

No. CV 10 80172 MISC VRW

**ORDER TO SHOW CAUSE**

It appearing that Clyde Oliver West has been disbarred by the Supreme Court of California effective June 20, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before August 20, 2010 as to why he should not be removed from the roll of attorneys authorized to practice before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Clyde Oliver West
Attorney At Law
P O Box 214630
Sacramento, CA 95821