FILED

AUG 3 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                          No CV 10 80172 MISC VRW

Clyde Oliver West,
                                           ORDER
    State Bar No 51796
_____/

On July 14, 2010, the court issued an order to show cause (OSC) why Clyde Oliver West should not be removed from the roll of attorneys authorized to practice law before this court, based upon his disbarment by the Supreme Court of California, effective June 20, 2010.

The OSC was mailed to Mr West's address of record with the State Bar on July 16, 2010. A written response was due on or before August 20, 2010. No response to the OSC has been filed as of this date.

The court now orders Clyde Oliver West removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:                                    Case Number: CV10-80172   VRW

Clyde Oliver West,                                   **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clyde Oliver West
PO Box 214630
Sacramento, CA 95821


Dated: August 31, 2010

                                            Richard W. Wieking, Clerk
                                            By: Cora Klein, Deputy Clerk

                                            *Cora Klein* (signature)